IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No.   3:99CR30211-001 |
| | ) | |
| Timothy Michael Brown, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon motion of the United States of America, pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED that the Writ of Execution in this cause be and the same is hereby DISMISSED, without prejudice.

DATED: August 31, 2010

/s/   *David R Herndon*
Chief Judge
UNITED STATES DISTRICT JUDGE